UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANCIA MOLINA,                                 :

                                                        :        **ORDER**
                Plaintiff,                      20 Civ. 5946 (VSB) (GWG)
                                                          :

                -v.-

                                                             :

ANDREW SAUL,                                     :

                Defendant.                 :
------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge:

      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge is available to conduct all proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court.

      Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent. To determine whether the parties wish to voluntarily consent, the plaintiff is directed to transmit to defendant's attorney on or before February 9, 2021, a copy of the attached consent form bearing either (1) a signature indicating consent to the Magistrate Judge conducting all proceedings in this matter or (2) a notation that the plaintiff does not consent.

      On or before February 16, 2021, defense counsel is directed to contact the Deputy Clerk Richalyn Chambers either by telephone, at (212) 805-4260, or by letter. Defendant's attorney counsel shall inform the Deputy Clerk whether all parties have consented to the Magistrate Judge conducting the proceedings in this matter. If any party has not consented, counsel for the defendant shall <u>not</u> inform the clerk which of the parties have not consented but shall merely state that there has not been consent by all parties.

      In the event that all parties have consented, counsel shall file a letter on ECF addressed to the undersigned that attaches the signed form.

      This Order is not intended to interfere with the parties' right to have a trial and/or any other dispositive proceedings before a United States District Judge. The parties are free to withhold their consent without adverse substantive consequences, although this will prevent the Court's jurisdiction from being exercised by a United States Magistrate Judge. If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

SO ORDERED

DATED:    New York, New York
          January 26, 2021

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| FRANCIA MOLINA  *Plaintiff* | )<br>)<br>) |
| v. | ) Civil Action No.  20 Civ. 5946 (VSB) (GWG) |
| ANDREW SAUL  *Defendant* | )<br>) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Francia Molina/Michelle Marie Spadafore | | |
| Andrew Saul/Amanda Frances Parsels | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

*District Judge's signature*

Vernon S. Broderick, United States District Judge
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.