**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANCIA MOLINA,

                      Plaintiff,                    20 **CIVIL** 5946 (GWG)

          -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 5, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
          May 5, 2021

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court
                               **BY:**
                                                          Deputy Clerk